_Original!
Copy, Duble
Sided_

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
## PENSACOLA

_AMERICAN WITH DISABILITY ACT_
## CIVIL RIGHTS COMPLAINT FORM FOR
## PRO SE PRISONER LITIGANTS IN ACTIONS UNDER
## 28 U.S.C. § 1331 or § 1346 or 42 U.S.C. § 1983
_or 42 U.S.C. § 12131, et. seq._

Percival-Charles: Ferris, Jr.

Inmate ID Number: 142336

(*Write your full name and inmate ID number.*)

Provided to Walton CI
On 1-25-24 for Mailing
        Date
By (officer initials) _me_ 🖊

ADA COMPLAINT

Case No.: 3:24 cv 00039 - MCR - ZCB
(*To be filled in by the Clerk's Office*)

v.

STATE OF FLORIDA,
FLORIDA DEPARTMENT OF CORRECTIONS,
T. Knight (Warden) Walton CORRECTIONAL,
A. Ralph (Ass. Warden) Walton CORRECTIONAL,
M.D. Grant, Library Supervisor Walton
CORRECTIONAL,
Individually and in Their Official
Capacities,

Jury Trial Requested?
☑ YES  ☐ NO

(*Write the full name of each
Defendant who is being sued. If the
names of all the Defendants cannot
fit in the space above, please write
"see attached" in the space and
attach an additional page with the
full list of names. Do not include
addresses here.*)

FILED USDC FLND PN
JAN 29 '24 PM12:44

# I. PARTIES TO THIS COMPLAINT

### A. Plaintiff

Plaintiff's Name: _Percival-Charles: Ferris,Jr._   ID Number: _142336_

List all other names by which you have been known: _____

_____

Current Institution: _WALTON CORRECTIONAL INSTITUTION_

Address: _691 Institution Road_

_DeFuniak Springs, Florida 32433_

### B. Defendant(s)

State the name of the Defendant, whether an individual, government agency, organization, or corporation. For individual Defendants, identify the person's official position or job title, and mailing address. Indicate the capacity in which the Defendant is being sued. Do this for *each and every* Defendant:

1. Defendant's Name: _STATE OF FLORIDA_

   Official Position: _STATE_

   Employed at: _UNITED STATES OF AMERICA CORPORATION_

   Mailing Address: _THE CAPITOL_

   _TALLAHASSEE, FLORIDA 32399_

   ☑ Sued in Individual Capacity          ☑ Sued in Official Capacity

2. Defendant's Name: FLORIDA DEPARTMENT OF CORRECTION

Official Position: HOUSING PRISONER'S UNDER COURT ORDER'S

Employed at: THE STATE OF FLORIDA

Mailing Address: 501 Saught Calhoun Street

Tallahassee, Florida 32399

☑ Sued in Individual Capacity          ☐ Sued in Official Capacity

3. Defendant's Name: T. Knight

Official Position: Warden walton Correctional Institution

Employed at: FLORIDA DEPARTMENT OF CORRECTIONS

Mailing Address: 691 Institution Road

Defuniak Springs, Florida 32433

☐ Sued in Individual Capacity          ☑ Sued in Official Capacity

(*Provide this information for all additional Defendants in this case by attaching additional pages, as needed.*)

## II. BASIS FOR JURISDICTION UNDER 28 U.S.C. § 1331 or § 1346 or FTCA ADA Under 42 U.S.C. § 2131, et seq., authorizes suits by private citizens for damages against public entities, see: United States v. Georgia, 546 U.S. 151 (2006).

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution" and federal law. Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

Are you bringing suit against (*check all that apply*):

☐ Federal Officials (*Bivens case*)   ☑ State/Local Officials (*§ 1983 case*)

C§ 12131 ADA

## III. PRISONER STATUS

Indicate your confined status:

☐ Pretrial Detainee   ☐ Civilly Committed Detainee

☑ Convicted State Prisoner   ☐ Convicted Federal Prisoner

☐ Immigration Detainee   ☑ Other (*explain below*):

☑ ADA State Prisoner

## IV. STATEMENT OF FACTS

Provide a short and plain statement of the *facts* showing why you are entitled to relief. Describe how *each* Defendant was involved and what each Defendant did, or did not do, in support of your claim. Identify when and where the events took place, and state how each Defendant caused you harm or violated federal law. Write each statement in short, numbered paragraphs, limited as far as practicable to a single event or incident. ***Do not make legal arguments, quote cases, cite statutes, or reference a memorandum.*** You may make copies of page 6 if necessary to supply all the facts. Barring extraordinary circumstances, no more than five (5) additional pages should be attached. Exhibits attached to

I. PARTIES TO THIS COMPLAINT CONTINUED (Page 3 of 3)

B. Defendant(s) Continued

4. Defendant's Name: A. Raplh

Official Position: Assistant warden over Programs Walton Correctional Institution.

Employed at: FLORIDA DEPARTMENT OF CORRECTIONS

Mailing Address: 691 Institution Road

Defuniak Springs, Florida 32433

☒ Sued in Individual Capacity ☒ Sued in Official Capacity

5. Defendant's Name: M.D. Grant

Official Position: "L.T.A." Supervisor of the Law/Library

Employed at: FLORIDA DEPARTMENT OF CORRECTIONS

Mailing Address: 691 Institution Road

Defuniak Springs, Florida 32433

☒ Sued in Individual Capacity ☒ Sued in Official Capacity

the complaint will count as part of your page limitation. Therefore, do not attach

irrelevant or unnecessary exhibits. Facts not related to this same incident or

issue must be addressed in a separate civil rights complaint.

1. Plaintiff, At all times relevant to this case was housed at Walton C.I. In Defuniak Springs, Florida. A NON-ADA Institution.

2. Plaintiff, is a mental Health patient with a Physc III Grade Level and has Phisycal disabilities and Both fall Under Title II of the ADA.

3. Plaintiff, being being an ADA inmate is being housed at a NON-ADA Institution is subjected to cruel and unusual Punishments in addition to his court ordered sentence in the form of being retaliated against by Staff that are not propery trained to care fore or deal with ADA inmates like Plaintiff and has resulted in denial of programs, undue pain and suffering, refusal of status as an ADA inmate and dishonor of his approved DC2-530 Form for an elivated locker.

4. Plaintiff, is being housed under contract betwixt the STATE OF FLORIDA and F.D.O.C. under a comittment order from the Fourteenth Judicial circuit in and for Washington County, Florida case number 04-1480F with specific terms to "Keep and Safely House" for a term of 25 years for criminal law violations and should NOT be additionally punished by F.D.O.C. STAFF based on his disadvantages of physical and mental Health disabilities because of F.D.O.C. STAFF not being properly trained to carefore ADA inmates.

5. Defendant's, T. Knight, A. Ralph, and M.D. Grant are NOT propperly trained under the Standards of 42 U.S.C. § 12131 et. seq. (ADA) while working for F.D.O.C. at Walton Correctional Institution.

6. Plaintiff, on May 2023, submitted an inmate request form DC6-236 to Defendant, A. Ralph seeking to be provided with a card to show Plaintiffs status as an ADA inmate.

7. Plaintiff, on 22 May 2023, received the following response to his 1 may 2023 request from Defendant A. Ralph "Walton is NOT an ADA Facility, Per medical you do NOT need the locker."

8. Defendant, A. Ralph acting in her individual capacity, was deliberately indifferent to Plaintiff serious medical needs by denying Plaintiff's status as An ADA inmate when presented with an approved DC2-530 ADA form for an "Auxilary Aid or Device", without consulting a Doctor and/or having Plaintiff re-evaluated by a specialist, that caused and/or is causing plaintiff undue pain and suffering and irrepainable harm to the point that, now, Plaintiff must receive for the rest of his life a steriod shot every ca9 months that every ca 9 months to alleviate the pain of now having cronic syatica that extends from Plaintiff's lower back to his left knee, that causes him to fall and additionally has received a cane for walking from the continuing Act of having to bend down and/or over to place things in his locker and to take things out.

**Statement of Facts Continued** (*Page 2 of 4* )

9. Plaintiff, on 26 June 2022, submitted an inmate informal grievance form DC6-236 to warden T. Knight, complaining of the FACT that, plaintiff is a phsyc III inmate that falls under Title IX of the ADA and is being housed at walton correctional where the STAFF "ALL STAFF" is not properly trained to deal with inmates like plaintiff that caused plaintiff to receive a DR.

10. Plaintiff, on 28 June 2022, received the following response to the informal grievance form DC6-236, submitted on 26 June 2022, "Respond to as a request T-3, mental health will make that determination at which facility is right for you as far as your mental health status is concerned.

11. Plaintiff's informal grievance form DC6-236 submitted to T. Knight on 26 June 2022, being allowed by Defendant T. Knight to be treated as a request to intentionally circumvent grievance procedures in order to hinder and exclude plaintiff as an ADA inmate from using and participating in the right of access of procedural and substantive due process with the equal protections of the law to seek redress for injuries or violations of rights without penalogical justification or reason, is denial of access to the courts, cruel and unusual punishment without due process or equal protections of the law and clearly done outside of what Defendant, T. Knights authority under color of law allows making the ACTS and/or omissions done in the individual capacity and places Defendant, T. Knight at fault and liable

12. On February 2023, Defendant, M.D. Grant acting in her personal capacity in the P.M. called plaintiff to her office and issued plaintiff a corrective consolation checkminated "C.C." form DC6-111 out of retaliation based on that mornings incident where plaintiff advised her that upon research Ch. 33 F.A.C. provides a section that stated, law checks will be decertified for incompency performance and ask why two of the certified law clerks clearly demonstrated incompetency in the performance of their job by getting inmates that they was assigned to assist armed from the trial courts under their criminal case numbers. At which Defendant M.D. Grant became very, serious and said don't challenge my authority get out of my office, that states "VIOLATIONS; 9-2 Bribery or attempted bribery. After a verbal consultation with I'm Ferris over his forging an other inmate signature on a document and failing to follow the rules of the law clerk trainee program and not prepare legal work for inmates he sent other clerks into my office to tell me he wouldn't grieve me if I didn't pursue disciplinary action. I'm removed from law clerk trainee program" and has since denied him ALL access to the law library.

13. Defendant, M.D. Grant, acting in her professional capacity under color of law failed to consult with plaintiff's mental health provider before issuing plaintiff the "C.C." form DC6-111 and removing him from the law clerk trainee program, and effectively violating his ADA rights, Defendant, M.D. Grant, was aware of plaintiff's mental disabilities and took advantage of this by removing plaintiff from the law clerk trainee program, without asking plaintiff if he sent the law clerks to here office, and is cruel and unusal punishment without due process or equal protections of the law and clearly done outside of what Defendant M.D. Grant's authority under color of law allows as a L.T.A. supervisor, making the ACTS and/or ommission's done in her individual capacity and places Defendant, M.D. Grant at fault and liable.

14. Plaintiff on 1 April 2023, submitted an Appeal utilizing form DC1-303 to Defendant, F.D.O.C. having authority of the overall operations of ALL institutions under it's jurisdiction where plaintiff again presented the sole issue of him being an ADA inmate and being housed at walton C.I. a NON-ADA instituion where STAFF "ALL STAFF" are not properly trained to carefare and deal with inmates like plaintiff, that is causing plaintiff to be exposed to ADA violations and the institutions failure to address the single issue of being housed at a NON-ADA institution.

15. Plaintiff, on 21 April 2023, received from Defendant, F.D.O.C. a response that practicing a systematic scheem using affirmative misconduct to make exhaustion of the grievance procedure unavailable and denied plaintiff, his substantive and procedual due process right's to a "FULL and FAIR" review of the sole issue of being an ADA inmate and being housed at walton C.I. a NON-ADA institution where ALL STAFF are NOT properly trained to

Statement of FACTS Continued (Page 3 of 4)

Care for or deal with ADA inmates like Plaintiff that daily subjects Plaintiff to Victimizations by STAFF and inmates.

16. BY the failure of The STATE OF FLORIDA to house and safely keep and accommodate the needs of Disabled Prisoners under the provisions of The ADA established by congress, resulted in the failure of ALL Defendant's named in this complaint, to take Sometype of Action after being informed in their Official Capacities, and instead chose to turn a blind eye and are at Fault for ALL violations detailed individually and Collectively through out this ADA Civil Complaint.

17. Plaintiff, has been victimized and subjected to ACTS of violence while imprisoned as a Disadvantaged inmate with physicall and mental health disabilities and denied the protections as an "ADA" inmate without due process, without equal protections of the law, with penalogical justification, that caused an atypical and significant hardships on plaintiff, by ALL Defendant's being deliberatly indifferent to Plaintiff being housed at walton C.I. a NON-ADA institution where ALL STAFF has NOT been properly trianed to care for and deal with "ADA" inmates. Plaintiff, has been beatten by inmates because of lies that law Clerks are/have told inmates with the approval of Defendant, Grant and officer's complete failure to protect Plaintiff and/or provide Plaintiff with anytype of help before, during, or after Plaintiffs heatings. Plaintiff, has tried to go to medical while having a bloody noes and officer's at centergate has refused passage and directed plaintiff to return back to his dorm. No matter what STAFF is told or sees No one cares and ALL have turned a blind eye. Plaintiff, has grieved from the institution to the secretary of F.D.O.C., has filed a Notice to Defendant, STATE OF FLORIDA governer's office, Complaining of officer abuse of Plaintiff and Another ADA inmate, to no avail, and when grievances are returned they are responded to using a systematic scheme using affirmative misconduct to make exhausting the grievance procedure unavailable and denied to Plaintiff all by the few words: "Not in compliance with Ch. 33", "addresses more than one issue". Plaintiff's Continued mistreatment and repeated beatings and STAFF'S Gross

Statement of FACTS Continued (Page 4 of 4)

unconsciousness for Plaintiff's Safety and well being has caused Plaintiff
to live in a constant State of fear of more retaliations, beatings, threats,
etc. and mental anguis with the failure to accommodate Plaintiff's
needs as an ADA inmate.

## V. STATEMENT OF CLAIMS

State what rights under the Constitution, laws, or treaties of the United States

have been violated. Be specific. If more than one claim is asserted, number each

separate claim and relate it to the facts alleged in Section IV. If more than one

Defendant is named, indicate which claim is presented against which Defendant.

17. Plaintiff, Percival-Charles: Ferris, Jr. realleges and incorporates by reference paragraphs 1-17.

18. Defendant, STATE OF FLORIDA Failed to house, safely keep, and accomodate disabled ADA Prisoner's needs, violated Plaintiff's rights and constitutes cruel and unusual Punishment under the Eighth Amendment to the United States constitution. Id. FACT #4,16.

19. Defendant, STATE OF FLORIDA Failed to house, safely keep, and accomodate disabled ADA Prisoner's needs, violated Plaintiff's rights and constitutes a violation of due process of Law under the Fourteenth Amendment to the United States constitution. Id. FACT #4,16.

* See: STATEMENT OF CLAIMS CONTINUED *

## VI. RELIEF REQUESTED

State briefly what relief you seek from the Court. Do not make legal

arguments or cite to cases/ statutes. If requesting money damages *(either*

*actual or punitive damages)*, include the amount sought and explain the basis

for the claims.

WHEREFORE, Plaintiff, respectfully prays that this court enter judgment granting Plaintiff:

36. A Declaration that the ACTS and/or OMMISSIONS described herein violated Plaintiff's rights To Title II of the American with Disabilities ACT, The cited United States Constitutional Amendments In the Statement of Claims #17-35.

* See: Relief Requested Continued *

## VII.   EXHAUSTION OF ADMINISTRATIVE REMEDIES

The Prison Litigation Reform Act ("PLRA") requires prisoners to exhaust all available administrative remedies (*grievance procedures*) before bringing a case. 42 U.S.C. § 1997e(a). **ATTENTION:** *If you did not exhaust available remedies prior to filing this case, this case may be dismissed.* If the case is dismissed for failure to exhaust or for any reason, you will still be required to pay the full filing fee and the dismissal may count as a "strike" under 28 U.S.C. § 1915(g). Therefore, please consider whether you have fully exhausted your remedies before proceeding with this action.

## VIII.   PRIOR LITIGATION

*This section requires you to identify your prior litigation history. Be advised that failure to disclose all prior state and federal cases—including, but not limited to civil cases, habeas cases, and appeals—may result in the dismissal of this case. You should err on the side of caution if you are uncertain whether a case should be identified.*

**ATTENTION:** *The "three strikes rule" of the PLRA bars a prisoner from bringing a case without full payment of the filing fee at the time of case initiation if the prisoner has "on three or more prior occasions, while*

Statement of Claims Continued (Page 2 of 3)

20. Defendant, STATE OF FLORIDA, Failed to house, Safely Keep, and accommodate disabled ADA prisoner's needs, violated Plaintiff's right's to Title II of the ADA under 42 U.S.C. § 12131 et. Seq.. Id. FACT # 4,16.

21. Defendant, F.D.O.C. Failed to properly train it's employee's under the Standard's of ADA to house, Safely Keep, and accommodate disabled ADA prisoner's needs, violated Plaintiff's right's and constitutes cruel and unusual punishment under the Eighth Amendment to the United States Constitution. Id. FACT # 5,14,15.

22. Defendant, F.D.O.C. Failed to properly train it's employee's under the Standard's of ADA to house, Safely Keep, and accommodated disabled ADA prisoner's needs, violated Plaintiff's right's and constitutes a violation of due process of the law under the Fourteenth Amendment to the United States Constitution. Id. FACT # 5,14,15.

23. Defendant, F.D.O.C., Failed to properly train it's employees under the Standards of ADA to house, Safely Keep, and accommodate disabled ADA prisoner's needs, violated Plaintiff's right's to Title II of the ADA under 42 U.S.C. § 12131 et. Seq.. Id. FACT # 5,14,15.

24. Defendant, A. Ralph, deliberate indifference to serious medical needs that's causing undue pain and suffering, physical injury, mental angius violated Plaintiff's right's and constitutes cruel and unusual punishment under the Eighth Amendment to the United States Constitution. Id. FACT #6,7,8.

25. Defendant, A. Ralph, deliberate indifference to serious medical needs that's causing undue pain and suffering, physical injury, mental angius violated Plaintiff's right's and constitutes a violation of due process of the law under the Fourteenth Amendment to the United States Constitution. Id. FACT # 6,7,8.

26. Defendant, A. Ralph, deliberate indifference to serious medical needs that's causing undue pain and suffering, physical injury, mental angius, violated Plaintiff's right's to Title II of the ADA under 42 U.S.C. § 12131 et. Seq.. Id. FACT #6,7,8.

Statement of Claims Continued (Page 3 of 3)

27. Defendant, T. Knight's, intentional circumventing the prison grievance procedure without penological justification violated Plaintiff's right's to petition the government to seek redress under the First Amendment to the United States Constitution. Id. FACT# 9,10,11.

28. Defendant, T. Knight's, intentional circumventing the prison grievance procedure without penological justification violated Plaintiff's right's to due process under the Fourteenth Amendment to the United States Constitution. Id. FACT# 9,10,11.

29. Defendant, T. Knight's, intentional circumventing the prison grievance procedure without penological justification violated Plaintiff's right's to Title II of the ADA under 42 U.S.C. §12131 et. Seq.. Id. FACT# 9,10,11.
These illegal actions are causing Plaintiff injury to his First Amendment rights. Id. FACT# 9,10,11.

30. Defendant, M.D. Grant's, denial of the Law Clerk trainee program violated Plaintiff's right's and constitutes cruel and unusal punishment under the Eighth Amendment to the United States Constitution. Id. FACT# 12,13.

31. Defendant, M.D. Grant's, denial of the Law Clerk trainee program violated Plaintiff's right's to due process under the Fourteenth Amendment to the United States Constitution. Id. FACT# 12,13.

32. Defendant, M.D. Grant's, denial of the Law Clerk trainee program violated Plaintiff's right's to Title II of the ADA under 42 U.S.C. §12131 et. Seq.. Id. FACT# 12,13.

33. Defendant, M.D. Grant's, denial of ALL access to the Law Library violated Plaintiff's right's to access the Court's under the First Amendment to the United States Constitution. Id. FACT# 12,13.

34. Defendant, M.D. Grant's, denial of ALL access to the Law Library violated Plaintiff's right's to access the courts under the Fourteenth Amendment to the United States Constitution due process clause. Id. FACT# 12,13.

35. Defendant, M.D. Grant's, denial of ALL access to the Law Library violated Plaintiff's right's to Title II of the ADA under 42 U.S.C. §12131 et. Seq.. Id. FACT# 12,13.
These illegal actions are causing Plaintiff injury to his First Amendment rights. Id. FACT# 12,13.

RELIEF REQUESTED CONTINUED ( Page 2 of 3)

37. A preliminary and permanent injunction order Defendant, STATE OF FLORIDA, To safely house Plaintiff, and to be provided with the benifit's of the re-entry program as an ADA inmate for the remainder of his incarceration, To create an "ACT" named "Ferris" for the stipulation of imployeement that "ALL" staff of The FLORIDA DEPARTMENT OF CORRECTIONS be properly TRAINED on/in the requirement's of the ADA both mental and phsyical, and carefore ADA inmates under the "Ferris Act", with additional conditions be implemented by the STATE OF FLORIDA DEPARTMENT OF CORRECTIONS to utilize a screening process under the "Ferris Act" to ensure ALL "ADA" inmates are properly and safely housed at ADA approved institutions, coupled with phsycalogical and phsyical examinations be MANDATED for ALL STAFF every six months who are or gain employeement by, through, or with The STATE OF FLORIDA DEPARTMENT OF CORRECTIONS.

38. A preliminary and permanent injunction ordering Defendant, FLORIDA DEPARTMENT OF CORRECTIONS to safely house Plaintiff at POLK CORRECTIONAL INSTITUTION and be provided with the benifits of the re-entry program as as ADA inmate for the remainder of the Plaintiff's incarceration, To issue an order/Directive That an "ACT" named "Ferris" be created for the stipulations of imployeement that "ALL" STAFF of the FLORIDA DEPARTMENT OF CORRECTIONS be properly TRAINED on/in the requirement's of the ADA both mental and phsyical, and carefore ADA inmates under the "Ferris Act", with additional conditions be implemented by The FLORIDA DEPARTMENT OF CORRECTIONS to utilize a screening process under the "Ferris Act" to ensure ALL "ADA" inmates are properly and safely housed at ADA approved institutions, coupled with phsycalogical and phsyical examinations be MANDATED for ALL STAFF every six months who are or gain employeement by, through, or with the The STATE OF FLORIDA DEPARTMENT OF CORRECTIONS.

39. A preliminary and permanet injunction ordering Defendant's, T. Knight, A. Ralph, and M.D. Grant, to acknowledge Plaintiff's status as an ADA inmate with a letter of appology from each, and to cease and desist all forms of retaliations against Plaintiff.

RELIEF REQUESTED CONTINUED (Page 3 of 3)

40. Nominal damages in the amount of $150,000.00 against each Defendant, jointly and severally.

41. Compensatory damages in the amount of $150,000.00 against each Defendant, jointly and severally.

42. Punitive damages in the amount of $150,000.00 against each Defendant, jointly and severally.

43. Defendant, STATE OF FLORIDA damages in the amount of $20,000.00 every two weeks for the remainder of Plaintiff's life and/or exisistance.

44. Defendant, FLORIDA DEPARTMENT OF CORRECTIONS damages in the amount of $20,000.00 every two weeks for the remainder of Plaintiff's life and/or exisistance.

45. A Jury Trial on all issues triable by Jury.

46. Plaintiff's costs in this Suit.

*incarcerated or detained in any facility, brought an action or appeal in a*

*court of the United States that was dismissed on the grounds that it is*

*frivolous, malicious, or fails to state a claim upon which relief may be*

*granted, unless the prisoner is under imminent danger of serious physical*

*injury." 28 U.S.C. § 1915(g).*

A. Have you had any case in federal court, including federal appellate

court, dismissed as frivolous, as malicious, for failure to state a

claim, or prior to service?

☑ YES   ☐ NO

If "Yes," identify the case number, date of dismissal, and court for

each case:

1. Date: 12/15/2023   Case #: 3:23cv24017-LC-HTC

   Court: United States District Court Northern District Of Florida Pensacola Division

   Reason: failure to state a claim and failure to follow orders of the Court.

2. Date: Don't Remeber   Case #: Don't Remeber

   Court: Don't Remeber

   Reason: Don't Remeber

3. Date: Don't Remeber   Case #: Don't Remeber

   Court: Don't Remeber

   Reason: Don't Remeber

*(If necessary, list additional cases on an attached page)*

B. Have you filed other lawsuits or appeals in **state or federal court** dealing

with the same facts or issue involved in this case?

☑ YES ☐ NO

If "Yes," identify the case number, parties, date filed, result (*if not still*

*pending*), name of judge, and court for each case (*if more than one*):

1. Case #: 3:23cv24607-Lc-HTc Parties: Governor Ron Desanti's, et al., Defendants Percival Charles Ferris, Jr, Plaintiff, v.

   Court: U.S.D.C. (Northern) Florida, Pensacola Judge: Lacey A. Collier

   Date Filed: 6-16-23 Dismissal Date (*if not pending*): 12-15-2023

   Reason: Failure to State a Claim and Failure to follow orders of the court

2. Case #: N/A Parties: N/A

   Court: N/A Judge: N/A

   Date Filed: N/A Dismissal Date (*if not pending*): ____

   Reason: N/A

*(If necessary, list additional cases on an attached page)*

C. Have you filed any other lawsuit, habeas corpus petition, or appeal in

**state or federal court** either challenging your conviction or relating to

the conditions of your confinement?.

☑ YES ☐ NO

If "Yes," identify all lawsuits, petitions and appeals:

1. Case #: _Don't Remember_ Parties: _Don't Remember_

   Court: _Don't Remember_   Judge: _Don't Remember_

   Date Filed: _Don't Remember_/Dismissal Date (*if not pending*): _Don't Remember_

   Reason: _Don't Remember_

2. Case #: _Don't Remember_   Parties: _Don't Remember_

   Court: _Don't Remember_   Judge: _Don't Remember_

   Date Filed: _Don't Remember_/Dismissal Date (*if not pending*): _Don't Remember_

   Reason: _Don't Remember_

3. Case #: _Don't Remember_   Parties: _Don't Remember_

   Court: _Don't Remember_   Judge: _Don't Remember_

   Date Filed: _Don't Remember_/Dismissal Date (*if not pending*): _Don't Remember_

   Reason: _Don't Remember_

4. Case #: _Don't Remember_   Parties: _Don't Remember_

   Court: _Don't Remember_   Judge: _Don't Remember_

   Date Filed: _Don't Remember_/Dismissal Date (*if not pending*): _Don't Remember_

   Reason: _Don't Remember_

5. Case #: _Don't Remember_   Parties: _Don't Remember_

   Court: _Don't Remember_   Judge: _Don't Remember_

   Date Filed: _Don't Remember_/Dismissal Date (*if not pending*): _Don't Remember_

   Reason: _Don't Remember_

6. Case #: _Don't Remember_   Parties: _Don't Remember_

Court: _Don't Remember_   Judge: _Don't Remember_

Date Filed: _Don't Remember_ Dismissal Date (*if not pending*): _Don't Remember_

Reason: _Don't Remember_

**(*Attach additional pages as necessary to list all cases.*)**

## IX. CERTIFICATION

1. I declare, under penalty of perjury, that all of the information stated above and included on or with this form, including my litigation history, is true and correct.

2. Additionally, as required by Federal Rule of Civil Procedure 11, I certify that to the best of my knowledge, information, and belief, this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non- frivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

3. I understand it is my obligation to timely notify the Clerk's Office if there

   is any change to my mailing address and that my failure to do so may result

   in a dismissal of the action.

Date: 1-25-24 Plaintiff's Signature: Percival-Charles: Ferris, Sr.

Printed Name of Plaintiff: Percival-Charles: Ferris, Jr.

Correctional Institution: WALTON CORRECTIONAL INSTITUTION

Address: 691 Institution Road

    Defuniak Springs, Florida 32433

**I certify and declare, under penalty of perjury, that this complaint was**

**(*check one*) ☑ delivered to prison officials for mailing or ☐ deposited in**

**the prison's mail system for mailing on the 25 day of 1 , 2024.**

Signature of Incarcerated Plaintiff: Percival-Charles: Ferris, Jr.

Percival Charles Fennis, Jr #K42336
Walton Correctional Institution
691 Institution Rd
Defuniak Springs, Florida
32433-1850

Mailed From A
Correctional
Institution



FIRST-CLASS

US POSTAGE IMIPITNEY BOWES

ZIP 32433
02 7H          $ 001.12⁰
0006070546    JAN 25 2024

JAN 2 9 2024



US DISTRICT COURT
1 North Palafox St
Pensacola, Florida
32502



Provided to Walton CI
On  1-25-24  for Mailing
      Date
By (officer initials)  ___ me ___