UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

PERCIVAL CHARLES FERRIS JR,
    Plaintiff,

vs.                              Case No.:  3:24cv00039/MCR/ZCB

STATE OF FLORIDA, et al.,
    Defendants.
_____/

## **ORDER**

The magistrate judge issued a Report and Recommendation on March 11, 2024.  (Doc. 9).  The Court furnished the plaintiff a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a *de novo* determination of all timely filed objections.

Having considered the Report and Recommendation, and any timely filed objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1.    The magistrate judge's Report and Recommendation (Doc. 9) is adopted and incorporated by reference in this order.

2. This case is **DISMISSED without prejudice** as malicious under 28 U.S.C. § 1915A(b)(1).

3. The Clerk of Court is directed to enter judgment in accordance with this order and close the case.

**DONE AND ORDERED** this 4th day of June 2024.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**